

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Sentencing is adjourned to April 23 2021 at 3:30 p.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 1/28/2021
> New York, New York

Re:   **United States v. John Fazio, Jr., 11 Cr. 873 (ER)**

Dear Judge Ramos:

Resentencing in the above-captioned matter is presently scheduled for February 19, 2021. The Government writes, with the consent of counsel for the defendant, to request an adjournment of the sentencing for approximately 60 days to a date that is convenient for the Court. The parties seek this adjournment both to facilitate the possibility of an in-person sentencing and because, as noted in past correspondence, counsel for the Government and the defendant are engaged in discussions in an effort to reach an agreement regarding the appropriate financial consequences, including forfeiture and restitution, to be imposed at sentencing. Those discussions, and related discussions with asset forfeiture lawyers at Main Justice and counsel for victims of the defendant's offenses, have resulted in significant advancements towards an agreement but the discussions have not yet been completed. The parties anticipate that these ongoing discussions may obviate the need for protracted litigation on these issues in connection with the sentencing.

This is the Government's sixth request for an adjournment of the resentencing date, and the parties do not anticipate the need for further adjournments. As noted, counsel for the defendant consents to the requested adjournment.

> Respectfully submitted,
>
> AUDREY STRAUSS
> United States Attorney
>
> by:   ___/s/_____
>       Micah F. Fergenson
>       Assistant United States Attorney
>       (212) 637-2190

cc:   Anthony DiPietro, Esq. (via ECF)