USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JOHN FAZIO, JR.,<br><br>Defendant. | **ORDER**<br><br>11 Cr. 873-3 (ER) |

Ramos, D.J.:

The C.J.A. attorney assigned to this case, Sarita Kedia, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Michael J. Gilbert**.

SO ORDERED.

Dated: New York, New York
October 29, 2021

Edgardo Ramos, U.S.D.J.