

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

February 1, 2022

**BY ECF**

The application is __X__ granted
                   ____ denied

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

_____
Edgardo Ramos, U.S.D.J
Dated: 02/02/2022
New York, New York

Re:   **United States v. John Fazio, Jr., 11 Cr. 873 (ER)**

Dear Judge Ramos:

The defendant's resentencing hearing is currently scheduled for April 12, 2022, with deadlines for resentencing submissions as follows: the Government's submission due Friday, February 4, 2022; the defendant's submission due Friday, February 18, 2022; and the Government's reply, if any, due February 25, 2022.

The Government writes to respectfully request, on consent, a three-day extension of the filing deadlines. Specifically, were the Court to grant this request, the schedule governing the filing of resentencing submissions would be as follows: the Government's submission due Monday, February 7, 2022; the defendant's submission due Monday, February 21, 2022; and the Government's reply, if any, due Monday, February 28, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190

cc:   Michael J. Gilbert, Esq. (via ECF)